Lloyd S. Mann, Esq., (State Bar No. 108527)
**LAW OFFICES OF MANN & ZARPAS, LLP**
15233 Ventura Boulevard, Suite 714
Sherman Oaks, California 91403
(818) 789-0510/Fax (818) 789-0518

Phillip A. Martin and Natalee Gilmore Ferreri (to be admitted *pro hac vice*)
**FULTZ MADDOX DICKENS PLC**
101 S. Fifth Street, Suite 2700
Louisville, KY 40202
(502) 588-2000/Fax (502) 588-2020

Attorneys for Plaintiff, NHP/SB 399-401 EAST HIGHLAND LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| NHP/SB 399-401 EAST HIGHLAND LLC, | Case No. |
| Plaintiff, | **COMPLAINT FOR BREACH OF LEASE AGREEMENT** |
| vs. | |
| SUNIL ARORA, M.D., | |
| Defendant. | |

Plaintiff, NHP/SB 399-401 East Highland LLC ("NHP/SB 399-401"), as Successor-in-Interest to PMB SB 399-401 East Highland LLC ("PMB SB 399-401"), states as follows for its Complaint against Defendant, Sunil Arora ("Arora").

## NATURE OF THE ACTION

1. This action arises out of Arora's failure to pay NHP/SB 399-401 for amounts due and owing under a Lease Agreement, First Amendment to Lease, Second Amendment to Lease, and Third Amendment to Lease (collectively the "Lease").

**COMPLAINT FOR BREACH OF LEASE**

## THE PARTIES

2. NHP/SB 399-401 is a Delaware limited liability company with its principal place of business in Louisville, Kentucky. It owns and leases space in a medical office building located at 401 East Highland Avenue, San Bernardino, California. NHP/SB 399-401's sole member is Nationwide Health Properties, LLC, a Delaware limited liability company. Nationwide Health Properties' sole member is Ventas, Inc., a Delaware entity, with a principal place of business in Louisville, Kentucky. Thus, for purposes of diversity jurisdiction, NHP/SB 399-401 is a resident of Delaware and Kentucky.

3. Arora is a resident of California with an address in San Bernardino. He is domiciled in California and is a citizen of California.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that there is complete diversity of citizenship of the parties and the amount in controversy collectively exceeds $75,000 exclusive of interest and costs.

5. This Court has personal jurisdiction over Arora because he resides in California and the relevant events occurred in California.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Arora resides in this judicial district, conducted business in this judicial district and because a substantial part of the events or omissions giving rise to this action occurred within this judicial district.

## STATEMENT OF FACTS

7. PMB SB 399-401 entered into a lease (the "Lease") on or about September 23, 2005 with Arora for space in 401 East Highland Avenue, San Bernardino, California, Suite 552 (hereinafter referred to as the "Premises"). The Lease is attached hereto as Exhibit 1.

8. Thereafter, PMB SB 399-401 and Arora entered into a First Amendment to Lease Agreement ("First Amendment"), which took effect on November 1, 2005. The First Amendment is attached hereto as Exhibit 2[1].

9. Thereafter, NHP/SB 399-401 and Arora entered into a Second Amendment to Lease Agreement ("Second Amendment"), which took effect on June 7, 2012. The Second Amendment is attached hereto as Exhibit 3.

10. Thereafter, NHP/SB 399-401 and Arora entered into a Third Amendment to Lease Agreement ("Third Amendment"), which took effect on December 1, 2014. The Third Amendment is attached hereto as Exhibit 4.

11. (The Lease, First Amendment, Second Amendment and Third Amendment are hereinafter collectively referred to as the "Lease").

12. Pursuant to the terms of the Lease, Arora agreed, among other things, to pay such rent and other fees as set forth in the Lease to NHP/SB 399-401. *See* Exhibits 1-4.

13. Pursuant to the terms of the Lease, if Arora fails to make payments when due, NHP/SB 399-401 is entitled to assess a late charge as set forth more fully in the Lease. See Exhibits 1-4.

14. Pursuant to the Lease, the prevailing party in a lawsuit for breach of default of the Lease is entitled to recover reasonable attorneys' fees. *See* Exhibits 1-4.

15. In or around February 1, 2017, Arora defaulted on its respective payment obligations under the Lease and never paid the balance owed in full as agreed.

16. In or around December 31, 2016, Arora abandoned the Premises.

17. On April 24, 2017, NHP/SB 399-401 terminated the Lease but preserved all rights asserted in this action.

18. NHP/SB 399-401 performed any and all obligations required of it under the Lease. NHP/SB 399-401 has made all reasonable efforts to mitigate its damages caused by Defendants' violations, defaults, and breaches of the Lease.

---

[1] On or about August 6, 2008, PMB SB 399-401 sold and assigned any and all of its rights to the Premises to NHP/SB 399-401. Documents regarding the sale will be provided to the Court upon request.

**COMPLAINT FOR BREACH OF LEASE**

19. Arora has failed and/or refused to pay NHP/SB 399-401 the amounts due and owing under the Lease as applicable.

20. NHP/SB 399-401 is entitled to its reasonable attorney's fees and costs incurred in connection with enforcement of the Lease.

## COUNT I - BREACH OF LEASE

21. NHP/SB 399-401 incorporates by reference the allegations set forth above.

22. The Lease is a valid and enforceable agreement.

23. Arora has breached the Lease by failing and/or refusing to make payments as set forth in the Lease and abandoning the Premises.

24. Without legal justification or excuse, Arora has breached the Lease.

25. As a direct and proximate result of Arora's breach, NHP/SB 399-401 has suffered damages.

## PRAYER FOR RELIEF

WHEREFORE, NHP/SB 399-401 requests judgment against Arora as follows:

A. An award of damages in an amount to be proven at trial;

B. NHP/SB 399-401's attorneys' fees and costs associated with the prosecution of this action;

C. Pre-judgment and post-judgment interest; and

D. All other relief to which NHP/SB 399-401 may be entitled.

Respectfully submitted,

Dated: January 16, 2018

LLOYD S. MANN, Attorney for Plaintiffs
NHP/SB 399-401 EAST HIGHLAND LLC