JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHP/SB 399-401 EAST HIGHLAND LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SUNIL ARORA, M.D.,<br><br>　　　　Defendant. | Case No. ED CV 18-147-JFW (SHKx)<br><br>**JOINT JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Courtroom: 7A - 1st Street |

On July 6, 2018, Plaintiff, NHP/SB 399-401 East Highland LLC, ("NHP/SB") filed a Motion for Summary Judgment. (Docket No. 37). On July 23, 2018, Defendant, Sunil Arora, M.D. ("Arora") filed an Opposition. (Docket No. 50). On August 6, 2018, NHP/SB filed a Reply. (Docket No. 59).

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found this matter appropriate for decision without oral argument. On August 17, 2018, the Court issued and entered an Order granting NHP/SB's Motion for Summary

Judgment (Docket No. 66), and also issued and entered a Statement of Decision. (Docket No. 67).

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff, NHP/SB, recover from Defendant, Arora, the amount of $230,795.04, which includes prejudgment interest at the rate of 10%. Post judgment interest shall accrue at the rate of 10% per annum. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-1, 54-2 and 54-3, Plaintiff NHP/SB is entitled to recover its costs incurred in this action.

Any request by Plaintiff NHP/SB for an award of attorneys' fees and related nontaxable expenses under Federal Rule of Civil Procedure 54(d)(2) shall be made pursuant to Local Rule 54-10.

DATED: September 6, 2018

Hon. John F. Walter
United States District Court