Leland P. McElhaney, Esq. (State Bar No. 39257)
**BRUNICK, McELHANEY & KENNEDY**
1839 Commercenter West
P.O. Box 13130
San Bernardino, California 92423-3130

Telephone: (909) 889-8301
Facsimile:  (909) 388-1889
E-Mail: lmcelhaney@bmklawplc.com

Attorneys for Defendant, SUNIL ARORA, M.D.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| NHP/SB 399-401 EAST HIGHLAND LLC,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SUNIL ARORA, M.D.,<br><br>　　　　　　Defendant. | Case No.: 5:18-cv-00147 JFW (SHKx)<br><br>**STIPULATION FOLLOWING SETTLEMENT FOR RELEASE AND DISBURSEMENT OF DEPOSITED FUNDS**<br><br>Judge: Hon. John F. Walter<br>Courtroom: 7A - 1st Street |

Plaintiff, NHP/SB 399-401 EAST HIGHLAND LLC ("NHP"), and defendant, SUNIL ARORA, M.D. (ARORA), notify the Court that plaintiff and defendant have settled the disputes that are the subject of this action and, through their respective counsel of record in this action hereby agree and stipulate that, of the $400,000.00 being held by the Court as ARORA's deposit in lieu of bond, the sum of $225,000.00 should be released and disbursed forthwith to NHP, and the balance of the funds on deposit, together with any interest that may have accrued on the deposit, should be released and disbursed forthwith to ARORA.

To implement their agreement and this Stipulation, the parties respectfully request

STIPULATION FOR RELEASE AND DISBURSEMENT OF DEPOSITED FUNDS
- 1 -

that the Court issue the proposed ORDER filed concurrently herewith.

Dated: February 25, 2019

**MANN & KARPAS, LLP**

By: _____
LLOYD S. MANN, Attorney for
NHP/SB 399-401 EAST HIGHLAND, LLC

Dated: February 25, 2019

**BRUNICK, McELHANEY & KENNEDY PLC**

By: _____
Leland P. McElhaney,
Attorneys for Defendant,
SUNIL ARORA, M.D.