1

2

3

4

5

6

7                            **UNITED STATES DISTRICT COURT**

8                            **CENTRAL DISTRICT OF CALIFORNIA**

9   NHP/SB 399-401 EAST HIGHLAND LLC, )      Case No.: 5:18-cv-00147 JFW (SHKx)
                                          )
10            vs.                         )
                                          )     **ORDER FOR RELEASE AND**
11                      Plaintiff,        )     **DISBURSEMENT OF DEPOSITED FUNDS**
                                          )
12   SUNIL ARORA, M.D.,                   )     Hon. John F. Walter,
                                          )     Judge Presiding
13                      Defendant.        )
                                          )
14

15          On September 20, 2018, defendant, Sunia Arora M.D., deposited with the Court in lieu of bond

16   the sum of $400,000.00. The parties have advised the Court that they have settled the disputes that are

17   the subject of this action and, through their Stipulation filed with the Court, now request that the Court

18   issue an Order for the release and disbursement of the deposition funds.

19          WHEREFORE, based upon the parties' Stipulation and good cause appearing therefor, the Court

20   hereby orders that the deposited funds be released and disbursed as follows:

21   1.     The total sum of $225,000.00 to NHP/SB 399-401 EAST HIGHLAND LLC, c/o its counsel of

22   record, Lloyd S. Mann of Mann & Zarpas, LLP; and

23   2.     The balance of the deposited funds, together with all interest that may have accrued on the

24   deposit, to SUNIL ARORA, M.D., c/o its counsel of record, Leland P. McElhaney of Brunick,

25   McElhaney & Kennedy, PLC.

26

27   Dated: March 1, 2019

                                      UNITED STATES DISTRICT COURT JUDGE
28   **CC: FISCAL**